STATE OF NEW JERSEY v. EDWARD PITMAN,
a/k/a EDWARD PITTMAN.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN PETER GRAHAM.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ARNOLD B. UNGER
a/k/a ARNOLD B. GARUN.

May 4, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. LEE ANTHONY BARNES.

May 4, 1971. Petition for certification denied.

PHILIP H. ZASSLER v. NEW JERSEY STATE BOARD
OF OPTOMETRISTS.

May 4, 1971. Petition for certification denied.